1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11   CHRISTOPHER DESHAN KELLEY,        Case No. 2:24-cv-00987-WDK-AJR

12                    Plaintiff,

13           v.

                                       **JUDGMENT**
14   LOS ANGELES COUNTY SHERIFF
     DEPARTMENT, ET AL.,
15
                     Defendants.
16

17
        Pursuant to the Court's Order Accepting Findings, Conclusions, and
18
     Recommendations of United States Magistrate Judge,
19

20
        IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.
21

22

23   DATED:  April 16, 2024

24                                     _____
25                                       HON. WILLIAM D. KELLER
                                       SENIOR UNITED STATES DISTRICT JUDGE
26

27

28